CLOSING

Santana Law Group, L.L.C.
Jose O. Santana, Esquire
3708 Bergenline Avenue, 2nd Floor
Union City, New Jersey 07087
Tel:  (201) 340-6435
Fax: (201) 601-9121
Email: court@santana-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALZATE TRUJILLO, JUAN DAVID,** )<br><br>*Petitioner*, )<br><br>v. )<br><br>**MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,** )<br><br>**TODD BLANCHE, in her official capacity as Attorney General of the United States;** )<br><br>**TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;** )<br><br>**LUIS SOTO, in his official capacity as Director, Delaney Hall Detention Center;** )<br><br>*Respondents.* ) | **Civil Action No.: 2:26-cv-08330**<br><br>**Hon. Madeline Cox Arleo** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner, Juan David Alzate Trujillo, and counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Respondents. Petitioner no longer wishes to proceed with this action.

*s/Jose O. Santana*
Jose O. Santana, Esq.
Attorney for Petitioner

Respectfully submitted on: 07/29/2026

SO ORDERED

     *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/30/26